IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH WOODS** : | |
| : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | |
| : | **NO. 12-5608** |
| **POLICE CHIEF CARMEN D. PETTINE,** : | |
| **et al.** : | |

**ORDER**

     **AND NOW** this _____ day of _____, 2015, **IT IS HEREBY ORDERED AND DECREED** that upon consideration of Defendants Jere Goodman, Thomas McDermott, and Daniel Wallower's Motion for Summary Judgment and Concise Statement of Stipulated Material Facts (Doc. 23), Plaintiff Kenneth Woods' Response in Opposition to Motion for Summary Judgment and Concise Statement of Disputed Facts (Doc. 25), and Defendants Jere Goodman, Thomas McDermott, and Daniel Wallower's Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (Doc. 26) that Defendants Jere Goodman, Thomas McDermott, and Daniel Wallower's Motion for Summary Judgment and Concise Statement of Stipulated Material Facts (Doc. 23) is **GRANTED**.

                                    **BY THE COURT**:

                                      /s/Petrese Tucker
                                      _____
                                    **Hon. Petrese B. Tucker, C.J.**